# PD-0319-15

*extension granted to 6-24-15 PC 5-19-15*

## LAURA KNIGHT
### 219 DOLAN ST.
### EL PASO, TEXAS 79905

Telephone Number (915) 471-7498
E-Mail Address: Salomelknight3714@att.net

**MAY 15, 2015**

FILED IN
COURT OF CRIMINAL APPEALS

May 19, 2015

ABEL ACOSTA, CLERK

Clerk of the Court
The Texas Court of Criminal Appeals
209 West 14th St. Suite 106
Austin, Texas 78701

Re:  2nd Request for Extension of Time to file Appellant Brief

PRD Number 0319-15

LAURA KNIGHT
Appellant
v.
THE STATE OF TEXAS
Appellee

APPELLANT'S PETITION FOR DISCRETIONARY REVIEW of the
EIGHTH COURT OF APPEALS JUDGMENT in No. 08-12-00355-CR
Affirming conviction in Cause No. 20090D02461 from the
346th Judicial District Court of El Paso County, Texas

Dear Sir:

My name is Laura Knight and I am attempting to file a "pro-se" appeal for discretionary review in your court.

I called your court clerk today, Mr. Mark Adams, to request a 2nd extension of time as to the due date for filing an appellant's brief. My understanding is that my brief is now due on May 26, 2015. I am informed that I can write to your court as to my request.

I am not an attorney and I do not have the funds to hire an attorney. I believe that my conviction is not right and I want to appeal from the denial of the Motion for Re-Hearing that was denied on February 25, 2015 by the 8th Court of Appeals.

I was unable to locate part of my evidence with the 8th Court of Appeals and the El Paso District Clerk's Office. I am not finish with my brief. I need more time to finish my brief and submit the same to your court. I am doing the best with what resources I have.

I am asking for an extension to meet my obligations with your appellate requirements. By this letter I request an extension of at least 60 days to file my appellant's brief. My reason for not being able to meet my initial deadline is that I do not have the training or experience of an attorney doing an appeal. I am using the law library of the El Paso County Courthouse and their form books to figure out your rules and forms to make good my appeal.

I want an opportunity to pursue an appeal with your court and I cannot do so on the time schedule that I am being squeezed in collecting my evidence and transcript.

Respectfully,


Laura Knigh